IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE SANABRIA                             :
                                          :   CIVIL ACTION
            v.                            :
                                          :   NO. 16-688
CAROLYN W. COLVIN, SOCIAL SECURITY        :
ADMINISTRATION                            :

## ORDER

AND NOW, this 16th day of February, 2016, upon Motion and Statements in support of Request to Proceed <u>In Forma Pauperis,</u> it appearing to the Court that JOSE SANABRIA is unable to pre-pay the filings fees and costs, it is **ORDERED** that:

    1. Plaintiff is **GRANTED** leave to proceed <u>in forma pauperis</u>.

    2. The complaint is to be filed and summons is to be issued.

    3. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons and complaint upon the defendant at no cost to the plaintiff.

_____
STEWART DALZELL, J.

IFP/SSI ORDER